THEODOSIA LA BARBERA et al., Appellants, v. JOSEPH SMITH, Respondent.— In an action by a female plaintiff for damages for personal injuries allegedly sustained as the result of defendant's negligence in the operation of a motor vehicle, and by her husband for medical expenses and loss of services, judgment for plaintiff wife and against defendant in the sum of $500 and for

defendant and against plaintiff husband, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.